UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KOUSSA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESUS NARRANJO, et al.,<br><br>    Defendants. | Case No. 4:16-cv-05637-KAW<br><br>**ORDER DENYING DEFENDANT'S REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 11 |

On December 9, 2016, Defendant Jesus Naranjo, proceeding pro se, filed a request to extend time to respond to the initial complaint. It does not appear that Defendant attempted to meet and confer with Plaintiff to enter into a stipulation to extend his time to respond. Accordingly, Defendant's request is DENIED without prejudice, and he is ordered to communicate with Plaintiff in an attempt to reach an agreement regarding an extension of time to file a responsive pleading. If those efforts are successful, the parties shall file a stipulation that sets forth the date the responsive pleading is due. If those efforts are unsuccessful, Defendant may file a second request to extend his time to respond to the complaint.

IT IS SO ORDERED.

Dated: December 21, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge