CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

RICHARD MAC BRIDE (SBN: 199695)
richardmacbridelaw@sbcglobal.net
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
Richmond, CA 94804
Telephone: (415) 730-6289
Facsimile: (510) 439-2786
Attorney for Defendant
Jesus Narranjo

GARY K. HEPPELL (SBN: 80181)
info@FLGCH.com
FAVARO, LAVEZZO, GILL, CARETTI & HEPPELL, P.C.
300 Tuolumne Street
Vallejo, CA 94590
Telephone: (707) 552-3630
Facsimile: (707) 552-8913
Attorney for Defendant
Mayra Calderon Gonzalez

IT IS SO ORDERED
Kandis Westmore
Judge Kandis Westmore

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KOUSSA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS NARRANJO; MAYRA CALDERON GONZALEZ; and Does 1-10,<br><br>Defendants. | Case: 4:16-CV-05637-KAW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Joint Stipulation for Dismissal           Case: 4:16-CV-05637-KAW

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: 10/24/17   CENTER FOR DISABILITY ACCESS

By: __/s/Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff

Dated: 10/24/17   LAW OFFICES OF RICHARD A. MAC BRIDE

By: __/s/Richard Mac Bride_____
    Richard Mac Bride
    Attorney for Defendant
    Jesus Narranjo

Dated: 10/24/17   FAVARO, LAVEZZO, GILL, CARETTI & HEPPELL, P.C

By: __/s/Gary K. Heppell_____
    Gary K. Heppell
    Attorney for Defendant
    Mayra Calderon Gonzalez

2

Joint Stipulation for Dismissal   Case: 4:16-CV-05637-KAW

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Richard Mac Bride and Gary K. Heppell, counsel's for Jesus Narranjo and Mayra Calderon Gonzalez, respectively, and that I have obtained Mr. Bride's and Mr. Heppell's authorization to affix their electronic signature to this document.

Dated: 10/24/17          CENTER FOR DISABILITY ACCESS

By:   /s/Phyl Grace
     Phyl Grace
     Attorneys for Plaintiff